**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>LEONARDO VAZQUEZ-RODRIGUEZ,<br><br>　　　Defendant.<br>_____ | Case No.  08MJ2090<br><br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

　　　Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: July 17, 2008　　　　　　　　　　　　　　　/s/ Hanni M. Fakhoury
　　　　　　　　　　　　　　　　　　　　　　　　　　　HANNI M. FAKHOURY
　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　e-mail: Hanni_Fakhoury@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 17, 2008          /s/ Hanni M. Fakhoury
                              HANNI M. FAKHOURY
                              e-mail: Hanni_Fakhoury@fd.org